UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES AVIATION UNDERWRITERS, Plaintiff | ) | C.A. No. 05-213S |
| v. | ) | |
| CHRIS AIRCRAFT, INC. and CSL-340 CORP., Defendants | ) | |

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff, United States Aviation Underwriters, hereby moves that Jeffrey Williams be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- **The case involves the following complex area of the law, in which Plaintiff's counsel specializes: Aviation Torts.**
- **Plaintiff's counsel's long-standing representation of the client: United States Aviation Underwriters.**
- The local trial bar lacks experience in the field of: ____________ ________________________________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which __________ counsel is familiar, specifically: ________________________________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to __________ counsel, as follows: ______________.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: May 16, 2005

2

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of California and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. Dist. Ct. for Central Dist. of California, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

X

Name

Jeffrey J. Williams, Esq.

Firm Name

Law Offices of Jon A. Kodani

Business Address

2200 Michigan Avenue
Santa Monica, CA 90404

(310)453-6762 (310)829-3340
Tel. # Fax #

X

Local Associate Counsel

Gordon P. Cleary, Esq.

R.I. Bar ID #

1948

Firm Name

Vetter & White

Business Address

20 Washington Place
Providence, RI 02903

(401)421-3060 (401)272-6803
Tel. # Fax #

---

**Order :** This motion is hereby __________________.

____________________
U.S. District Judge
Date: __________________

# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Jeffrey J. Williams, Bar No. 156401

was duly admitted to practice in this Court on February 19, 1998
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on May 2, 2005
DATE

SHERRI R. CARTER, CLERK

By [signature]
Marlene Ramirez, Deputy Clerk

1152

LOJAK.M.0585.0019

MAY 4 '05 12:42

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

May 3, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY JAMES WILLIAMS was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

LOJAK.M.0565.0018
MAY 4 '05 12:30