DPW:fa 05-204 5/25/05

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES AIRCRAFT UNDERWRITERS, INC. | : | |
| v. | : | C.A. NO. 05-213S |
| CHRIS AIRCRAFT, INC. and CSL-340 CORP. | : | |

**ENTRY OF APPEARANCE**

I, David P. Whitman, Esq. (#0552), hereby enter my appearance as counsel for the Defendant, Chris Aircraft, Inc., in the above-captioned matter.

David P. Whitman, Esq. (#0552)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 Telephone
(401) 521-7040 Facsimile

**PROOF OF SERVICE**

I hereby certify that on this 25th day of May, 2005, I mailed a copy of the foregoing *Extension Stipulation* to ***Gordon P. Cleary, Esq.***, VETTER & WHITE, 20 Washington Place, Providence, RI 02903.

of HANSON CURRAN LLP

4