# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES AVIATION UNDERWRITERS

V.

CHRIS AIRCRAFT, INC., and
CSL-340 CORP.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 213 S

TO: (Name and address of defendant)

CHRIS AIRCRAFT, INC.
NEWPORT STATE AIRPORT
MIDDLETOWN, RHODE ISLAND 02842

OR

A/S CHRIS DRAGO
22 HIGHBANKS AVENUE
NORTH KINGSTOWN, RI 02852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GORDON P. CLEARY, ESQ.
VETTER & WHITE
20 WASHINGTON PLACE
PROVIDENCE, RHODE ISLAND 02903

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/13/05

(BY) DEPUTY CLERK

5

AO 440 (Rev. 10/93) Summons

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5-19-05 |
| NAME OF SERVER *(PRINT)* | TITLE |

***Check one box below to indicate appropriate method of service***

☒ Served personally upon the defendant. Place where served: Chris Drago A/s for Chris Aircraft Inc, State Airport Middletown

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-19-05
*Date*

[signature]
*Signature of Server*

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6TI

*Address of Server*

FILED
2005 MAY 26 A 10: 50
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2005 MAY 26 A 10: 24
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.