UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 31 2005
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES AVIATION UNDERWRITERS, )
Plaintiff ) C.A. No. 05-213S
)
v. )
)
CHRIS AIRCRAFT, INC. and CSL-340 CORP., )
Defendants )

DISMISSAL STIPULATION

Plaintiff United States Aviation Underwriters, Inc. hereby dismisses the complaint with prejudice as to and only as to CSL-340 Corp.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/31/05

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: May 27, 2005

CERTIFICATE OF SERVICE

To:

David P. Whitman, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Dismissal Stipulation by mailing first class mail, postage prepaid, on the 27th day of May, 2005.

Lisa A. Lariviere