DPW:mdb 05-204 5/26/05

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES AVIATION
UNDERWRITERS, INC.
Plaintiff(s)

v. C. A. No. 05-213S

CHRIS AIRCRAFT, INC. and
CSL-340 CORP.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**

***PRO HAC VICE***

Defendant, CHRIS AIRCRAFT, INC., hereby moves that Mark R. Giuliani, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Aviation law.

*Pro hac vice* counsel's long-standing representation of the client: Chris Aircraft, Inc. on behalf of the liability insurer for said entity.

The local trial bar lacks experience in the field of: Aviation law.

The case involves complex legal questions under the law of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically: Not applicable.

The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: Not applicable.

Defendant,
Chris Aircraft, Inc.
By its Attorneys

HANSON CURRAN LLP

David P. Whitman, Esq., R. I. Bar #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
Attorney for Chris Aircraft, Inc.

DATED: June 3, 2005

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Connecticut and the following federal district court bar(s): the District of Connecticut, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None within this Court, but three consolidated matters which will shortly be dismissed, but are now pending in the Superior Court of the State of Rhode Island within and for the County of Newport as follows:

> *STEVEN D. YATES, Individually and as Administrator and Personal Representative of the Estates of WILLIAM YATES and ELENA YATES, Deceased VS. CHRIS AIRCRAFT, INC.*; NCSC C.A. No: 03-84;
>
> *CHARLES D. YATES, ROY D. YATES and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of CHARLES B. YATES, Deceased VS. CHRIS AIRCRAFT, INC.*; NCSC C. A. No: 03-121;
>
> *KEITH CORPORATION, A Delaware Corporation VS. CHRIS AIRCRAFT, INC. VS. CHARLES D. YATES, ROY D. YATES and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of CHARLES B. YATES, Deceased*; NCSC C. A. No: 04-98.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as a standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Name Associate Trial Counsel:

**Mark R. Giuliani, Esq.** CT Bar ID # Fed: 16024
State: 407654
Kern & Wooley, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 246-9700
Fax: (860) 246-9699
E-mail: mgiuliani@kernwooley.com

Name Local Associate Counsel:

**David P. Whitman, Esq.** (#0552)
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
E-mail: dpw@hansoncurran.com

**ORDER:** This motion is hereby ____________________.

________________________

U.S. District Judge

Date:____________________

## PROOF OF SERVICE

I hereby certify that on this 8th day of June, 2005, I mailed a true and exact copy of the within *Motion for Entry of Appearance Pro Hac Vice* to **Gordon P. Cleary, Esq.**, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 and to Jeffrey J. Williams, Esq., Law Offices of Jon A. Kodani, 220 Michigan Avenue, Santa Monica, CA 90404.

of Hanson Curran LLP