5/31/05
05-204

DPW:fa 05-204 5/25/05

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES AVIATION UNDERWRITERS, INC. :
:
v. : C.A. NO. 05-213S
:
CHRIS AIRCRAFT, INC. and CSL-340 CORP. :

## EXTENSION STIPULATION

Defendant, Chris Aircraft, Inc., may answer or otherwise respond to the Plaintiff's Complaint on or before Friday, June 24, 2005.

Gordon P. Cleary, Esq. #1948
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060 Telephone
***Attorney for Plaintiff, United States Aircraft Underwriters, Inc.***

David P. Whitman, Esq. #0552
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154 Telephone
***Attorney for Defendant, Chris Aircraft, Inc.***

## PROOF OF SERVICE

I hereby certify that on this 8th day of June 2005, I mailed a copy of the foregoing *Extension Stipulation* to ***Gordon P. Cleary, Esq.***, VETTER & WHITE, 20 Washington Place, Providence, RI 02903. and to Jeffrey J. Williams, Esq., Law Offices of Jon A. Kodani, 220 Michigan Avenue, Santa Monica, CA 90404.

of HANSON CURRAN LLP