DPW:mdb 05-204 6/17/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES AVIATION
UNDERWRITERS, INC.
Plaintiff(s)

v. C. A. No. 05-213S

CHRIS AIRCRAFT, INC. and
CSL-340 CORP.
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, CHRIS AIRCRAFT, INC., hereby moves that **Mark R. Giuliani, Esq.** be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Aviation law.
- *Pro hac vice* counsel's long-standing representation of the client: Chris Aircraft, Inc. on behalf of the liability insurer for said entity.
- The local trial bar lacks experience in the field of: Aviation law.
- The case involves complex legal questions under the law of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically: Not applicable.

- The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows: Not applicable.

Defendant,
Chris Aircraft, Inc.
By its Attorneys,
HANSON CURRAN LLP

David P. Whitman, Esq.
R. I. Bar #0552
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
Attorney for Chris Aircraft, Inc.

DATED: August 18, 2005

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s): District of Connecticut, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). None within this Court, but three consolidated matters which will shortly be dismissed, but are now pending in the Superior Court of the State of Rhode Island within and for the County of Newport, as follows:

*STEVEN D. YATES, Individually and as Administrator and Personal Representative of the Estates of WILLIAM YATES and ELENA YATES, Deceased VS. CHRIS AIRCRAFT, INC.; NCSC C. A. No: 03-84;*

*CHARLES D. YATES, ROY D. YATES and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of CHARLES B. YATES, Deceased VS. CHRIS AIRCRAFT, INC.; NCSC C. A. No: 03-121;*

*KEITH CORPORATION, A Delaware Corporation VS. CHRIS AIRCRAFT, INC. VS. CHARLES D. YATES, ROY D. YATES and VALERIE P. YATES, Individually and as Co-Executors and Personal Representatives for the Estate of CHARLES B. YATES, Deceased; NCSC C. A. No: 04-98.*

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.


Name Mark R. Giuliani, Esq. CT BAR # 407654
CT FED BAR # 16024
Kern & Wooley, LLP
Firm Name

280 Trumbull Street
Hartford, CT 06103
Business Address

(860) 246-9700 Tel. #
(860) 246-9699 Fax #

*E-Mail Address:* mgiuliani@kernwooley.com

Local Associate Counsel David P. Whitman, Esq.
R.I. Bar ID #0552
R. I. Bar ID #

Hanson Curran LLP
Firm Name

146 Westminster Street
Providence, RI 02903
Business Address

(401) 421-2154 Tel. #
(401) 521-7040 Fax #

*E-Mail Address:* dpw@hansoncurran.com

**Order :** This motion is hereby ________________________.

______________________________
U.S. District Judge
Date: ___________________________

Pro hac vice motion (rev. 3/05)

**PROOF OF SERVICE**

I hereby certify that on this 18th day of August, 2005, I mailed a true and exact copy of the within *Motion for Entry of Appearance Pro Hac Vice* to **Gordon P. Cleary, Esq.**, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 and to Jon A. Kodani, Esq., LAW OFFICES OF JON A. KODANI, 2200 Michigan Avenue, Santa Monica, CA 90404.

______________________________
of Hanson Curran LLP