# HANSON CURRAN LLP

COUNSELORS AT LAW

DAVID P. WHITMAN
MICHAEL T.F. WALLOR
JAMES T. MURPHY*
THOMAS R. BENDER
MEGAN J. GOGUEN†♦
KELLY N. MICHELS*
SARA FONTES*
NICHOLAS R. MANCINI*

* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN NEW YORK
♦ ALSO ADMITTED IN CONNECTICUT

KIRK HANSON 1948-1991
WILLIAM A. CURRAN 1957-2002

October 6, 2005

***Via Fax (401) 752-7265***
The Honorable Magistrate Judge Lincoln D. Almond
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

***Re:*** ***United States Aviation Underwriters, Inc.***
***Vs:*** ***Chris Aircraft, Inc. and CSL-340 Corp.***
***USDC C.A. No. 05-213S***
***Our File: 05-204***

Dear Magistrate Judge Almond:

Please be advised the due to a conflict in Attorney Mark Giuliani's schedule, we would like to request the time of the Settlement Conference before Your Honor on Tuesday, October 25, 2005 at 2:00 p.m. be moved up to **1:00 p.m.** on that date.

The parties in the above-captioned matter have no objection to this request. Kindly advise if this request for a change in the time of the Settlement Conference is acceptable to Your Honor.

Thank you for your attention to this matter.

Very truly yours,

David P. Whitman
E-mail: dpw@hansoncurran.com
DPW:fa

cc: Mark R. Giuliani, Esq.- ***(Via Fax: 860-246-9699)***
Gordon P. Cleary, Esq.- ***(Via Fax: 401-272-6803)***
Jon A. Kodani, Esq.- ***(Via Fax: 310-829-3340)***

10/6/05: APPROVED, 10/25/05 CONFERENCE WILL COMMENCE AT 1:00 P.M.
USMJ

THE FRANCIS BUILDING, 146 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02903-2202
TELEPHONE 401-421-2154 TELECOPIER 401-521-7040 WWW.HANSONCURRAN.COM