Facsimile (860) 246-9699

Law Offices
**KERN AND WOOLEY LLP**
280 Trumbull Street
Hartford, CT 06103
(860) 246-9700

California
Texas
Georgia

***Via Facsimile Transmission to: (401) 752-7265***

October 13, 2005

The Honorable Lincoln D. Almond
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

Re: United States Aviation Underwriters v. Chris Aircraft
Case No.: CA 05-213S
Our File No.: 158-17686

Dear Judge Almond:

Please accept this letter in response to the facsimile letter from plaintiff's counsel to Your Honor, dated October 12, 2005.

By way of background, the parties attended an initial pretrial before Judge Smith on August 23, 2005. During the pretrial, the court inquired whether the parties would consider participating in an early settlement conference. Plaintiff's counsel indicated a desire for early settlement. We indicated that, although we considered liability very questionable, we would agree to an early settlement conference as long as we had an opportunity to first depose Joseph Ceo (the pilot of the aircraft insured by the plaintiff), to assess our client's potential exposure. The court inquired if 30 days would be enough to accomplish this, to which we agreed. The court then set the matter down for a settlement conference for October 4, 2005. In the interim, we took the deposition of Mr. Ceo according to the understanding of the parties.

Subsequently, plaintiff's counsel asked that the settlement conference be continued until October 25, 2005, indicating that their trial schedule conflicted with the October 4 date. We consented to the continuance of the settlement conference, but to our surprise, plaintiff's counsel noticed the depositions of three employees of our client for October 18, 2005. We contacted plaintiff's counsel and indicated that we would produce these employees, but for a date in November. Subsequent to this, plaintiff's counsel issued a letter indicating that the depositions of the Chris aircraft employees would be moved to the beginning of November, and that the settlement conference would go forward on October 25, 2005. (See enclosed letter from plaintiff's counsel, dated September 28, 2005). Plaintiff's counsel then re-noticed the Chris aircraft employees depositions for the mutually agreed-upon date of November 10, 2005.

10/14/05: REQUEST FOR TELEPHONE CONFERENCE DENIED. THE SETTLEMENT CONFERENCE WILL BE HELD ON 11/16/05. NO FURTHER CONTINUANCES WILL BE GRANTED.
USMJ