KNM:em 05-204 11/18/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES AVIATION UNDERWRITERS, INC.

v. C. A. No. 05-213S

CHRIS AIRCRAFT, INC. and CSL-340 CORP.

**DEFENDANT'S NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR CONFERENCE**

Now comes Defendant, Chris Aircraft, Inc., ("Chris Aircraft") and hereby notices its intent to file a Motion for Summary Judgment in the above captioned matter. In accordance with the Pre-Trial Order dated August 23, 2005, Chris Aircraft respectfully requests a conference with this Honorable Court in order to discuss such a filing. According to the Pre-Trial Order, dispositive motions must be filed no later than March 15, 2006.

Defendant,
Chris Aircraft, Inc.
By its Attorneys
HANSON CURRAN LLP

David P. Whitman, Esq. (#0552)
146 Westminster Street
Providence, RI 02903-2202
Phone: (401) 421-2154
Fax: (401) 521-7040

***-and-***

Mark R. Giuliani, Esq.
*Admitted Pro Hac Vice*
KERN & WOOLEY LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 246-9700
Fax: (860) 246-9699

**PROOF OF SERVICE**

I hereby certify that on this 18th day of November, 2005, I mailed a true and exact copy of the within to ***Gordon P. Cleary, Esq.***, VETTER & WHITE, 20 Washington Place, Providence, RI 02903 and to ***Jon A. Kodani, Esq.***, LAW OFFICES OF JON A. KODANI, 2200 Michigan Avenue, Santa Monica, CA 90404.

of Hanson Curran LLP