NOV 21 '05 16:24

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES AVIATION UNDERWRITERS INC.**, a New York corporation, individually and on behalf of United States Aircraft Insurance Group,<br><br>Plaintiff,<br><br>vs.<br><br>**CHRIS AIRCRAFT, INC.**, a Rhode Island corporation; and **DOES 1 through 100**, Inclusive,<br><br>Defendants. | CASE NO. 05-213S<br><br>**PLAINTIFF'S RESPONSE RE DEFENDANT'S REQUEST FOR MSJ CONFERENCE** |

Counsel for Plaintiffs received Defendant Chris Aircraft, Inc.'s Notice of Intent to File Motion For Summary Judgment and Request For Conference on November 21, 2005. Counsel for Plaintiff will be taking depositions out of state until December 1, 2005, and requests that the conference take place after December 1, 2005.

15420

Respectfully Submitted,

**LAW OFFICES OF JON A. KODANI**

November 21, 2005

By: Jon A. Kodani, Esq. (*pro hac vice*)
CA-SBN 86258
Tel. (310) 453-6762,
Fax (310) 829-3340
lojak@kodanilaw.com
Attorneys for Plaintiff

LOJAK.M.0511.0337

**CERTIFICATE OF SERVICE**

*United States Aviation Underwriters, Inc. v. Chris Aircraft, Inc.*
Case No.: C.A. 05-213S

I hereby certify that on this 21st day of November, 2005, a true and accurate copy of the foregoing documents was served on the following counsel by:

[XXX] U.S. Mail, postage prepaid
[ ] Overnight delivery (FedEx)
[XXX] Fax
[ ] Hand Delivery
[ ] E-Mail

**For Defendants CHRIS AIRCRAFT, INC.**

David P. Whitman, Esq.
HANSON CURRAN, LLP
146 Westminster Street
Providence, RI 02903-2202
Phone: (401) 421-2154
Fax: (401) 521-7040

Mark R. Giuliani, Esq.
KERN & WOOLEY, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 246-9700
Fax: (860) 246-9699

Executed this 21st day of November, 2005, at Santa Monica, California.

J Rathod
_______________________