DPW:fa 05-204 12/06/05

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES AVIATION
UNDERWRITERS, INC.

v. C. A. No. 05-213S

CHRIS AIRCRAFT, INC. and
CSL-340 CORP.

**DISMISSAL STIPULATION**

*In the above-entitled matter it is hereby stipulated and agreed to as follows:*

Plaintiff's complaint against Defendant, Chris Aircraft, Inc., is hereby dismissed with prejudice. No interest or costs to either party.

Gordon P. Cleary, Esq. (#1948)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 fax
***Attorney for Plaintiff,***
***United States Aviation Underwriters, Inc.***

*(Pro Hac Vice Admission)*
Jon A. Kodani, Esq.
LAW OFFICES OF JON A. KODANI
2200 Michigan Avenue
Santa Monica, CA 90404
(310) 453-6762
(310) 829-3340 fax

David P. Whitman, Esq. (#0552)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 fax
***Attorney for Defendant,***
***Chris Aircraft, Inc.***

*(Pro Hac Vice Admission)*
Mark R. Giuliani, Esq.
KERN & WOOLEY, LLP
280 Trumbull Street
Hartford, CT 06103
(860) 246-9700
(860) 246-9699 fax

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/6/06

**PROOF OF SERVICE**

PROVIDED BY HAND I hereby certify that on this 3rd day of February, 2006, I ~~mailed~~ a true and exact copy of the foregoing *Dismissal Stipulation* to Gordon P. Cleary, Esq., VETTER & WHITE, 20 Washington Place, Providence, RI 02903 by regular mail.

__________________________

of HANSON CURRAN LLP